# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2012

Ms. Katie N. Steffes
Smietanka, Buckleitner, Steffes & Gezon
4250 Chicago Drive, S.W.
Suite B
Grandville, MI 49418

Re: No. 09-2371, *Dwight Rashad v. Blaine Lafler*

Dear Counsel,

The voucher which the Clerk's office issued to compensate you from the CJA fund for your time and expenses is past due. If you want to be compensated for this appeal, the voucher must be filed by **09/10/2012** or it will be cancelled.

If you have any questions or cannot find your voucher, please contact me immediately so that the voucher can be submitted without any further delay and the payment process started.

> Carol Field
> Financial Deputy
> Direct Dial No. 513-564-7078
> Fax No. (513) 564-7097